IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:13-cv-03146-AP

Julie Carl,

      Plaintiff,

v.

Carolyn W. Colvin, Acting Commissioner of Social Security,

      Defendant.

_____

**JOINT CASE MANAGEMENT PLAN FOR SOCIAL SECURITY CASES**
_____

**1.      APPEARANCES OF COUNSEL AND *PRO SE* PARTIES**

<u>For Plaintiff</u>:

Tracy Stewart
Stewart Law Offices, P.C.
123 N. College Ave., Ste. 200
Fort Collins, CO 80524
970-402-9584
866-224-4944 (fax)
tracy@stewart-law-offices.com

<u>For Defendant</u>:

John F. Walsh
United States Attorney

J. Benedict García
Assistant United States Attorney
United States Attorney's Office
District of Colorado

J.B.Garcia@usdoj.gov

Alexess D. Rea
Special Assistant United States Attorney
1961 Stout, Suite 4169
Denver, Colorado 80294-4003
303-844-7101
303-844-0770 (fax)
Alexess.rea@ssa.gov

**2.     STATEMENT OF LEGAL BASIS FOR SUBJECT MATTER JURISDICTION**

The Court has jurisdiction based on section 205(g) of the Social Security Act, 42 U.S.C. 405(g).

**3.     DATES OF FILING OF RELEVANT PLEADINGS**

    **A.     Date Complaint Was Filed: 11/19/13**

    **B.     Date Complaint  Was Served on U.S. Attorney's Office: 01/13/14**

    **C.     Date Answer and Administrative Record Were Filed:  03/12/14**

**4.     STATEMENT REGARDING THE ADEQUACY OF THE RECORD**

The parties state that the administrative record appears to be complete and accurate.

**5.     STATEMENT REGARDING ADDITIONAL EVIDENCE**

Neither party intends to submit additional evidence.

**6.     STATEMENT REGARDING WHETHER THIS CASE RAISES UNUSUAL CLAIMS OR DEFENSES**

Neither party contemplates unusual claims or defenses.

**7.     OTHER MATTERS**

The parties are not aware of any other matters at this time.

**8.     BRIEFING SCHEDULE**

    **A.     Plaintiff's Opening Brief Due:  May 12, 2014**

    **B.     Defendant's Response Brief Due:  June 11, 2014**

C.    **Plaintiff's Reply Brief (If Any) Due:  June 26, 2014**

9.    **STATEMENTS REGARDING ORAL ARGUMENT**

A.    **Plaintiff's Statement**.

Plaintiff does not request oral argument.

B.    **Defendant's Statement:**

Defendant does not request oral argument.

10.    **CONSENT TO EXERCISE OF JURISDICTION BY MAGISTRATE JUDGE**

*Indicate below the parties' consent choice.*

A.    **( )    All parties have consented to the exercise of jurisdiction of a United States Magistrate Judge.**

B.    **(x)    All parties have not consented to the exercise of jurisdiction of a United States Magistrate Judge.**

11.    **AMENDMENTS TO JOINT CASE MANAGEMENT PLAN**

THE PARTIES FILING MOTIONS FOR EXTENSION OF TIME OR CONTINUANCES MUST COMPLY WITH D.C.COLO.LCivR 7.1(C) BY SUBMITTING PROOF THAT A COPY OF THE MOTION HAS BEEN SERVED UPON THE MOVING ATTORNEY'S CLIENT, ALL ATTORNEYS OF RECORD, AND ALL PRO SE PARTIES.

*The parties agree that the Joint Case Management Plan may be altered or amended only upon a showing of good cause.*

DATED this 1st day of April, 2014.

BY THE COURT:

*s/John L. Kane*
U.S. DISTRICT COURT JUDGE

APPROVED:

John F. Walsh
United States Attorney

- 3 -

s/Tracy Stewart

Tracy Stewart
Stewart Law Offices, P.C.
123 N. College Ave., Ste. 200
Fort Collins, CO 80524
970-402-9584
866-224-4944 (fax)
tracy@stewar-law-offices.com

Attorney for Plaintiff

By:  s/ Alexess D. Rea

Alexess D. Rea
Special Assistant U.S. Attorney
1961 Stout St., Suite 4169
Denver CO 80294-4003
303-844-7101
303-844-0770 (fax)
alexess.rea@ssa.gov

Attorneys for Defendant