IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:13-cv-03146-JLK

Julie Carl,

      Plaintiff,

v.

Carolyn W. Colvin, Acting Commissioner of Social Security,

      Defendant.

---

**JOINT CASE MANAGEMENT PLAN FOR SOCIAL SECURITY CASES**

---

**1.     APPEARANCES OF COUNSEL AND *PRO SE* PARTIES**

For Plaintiff:

Tracy Stewart
Stewart Law Offices, P.C.
123 N. College Ave., Ste. 200
Fort Collins, CO 80524
970-402-9584
866-224-4944 (fax)
tracy@stewart-law-offices.com

For Defendant:

John F. Walsh
United States Attorney

J. Benedict García
Assistant United States Attorney
United States Attorney's Office
District of Colorado
J.B.Garcia@usdoj.gov

M. Thayne Warner
Special Assistant United States Attorney
1961 Stout, Suite 4169
Denver, Colorado 80294-4003
303-844-7237
303-844-0770 (fax)
thayne.warner@ssa.gov

**2.     STATEMENT OF LEGAL BASIS FOR SUBJECT MATTER JURISDICTION**

The Court has jurisdiction based on section 205(g) of the Social Security Act, 42 U.S.C. 405(g).

**3.      DATES OF FILING OF RELEVANT PLEADINGS**

      **A.      Date Complaint Was Filed: 11/19/13**

      **B.      Date Complaint  Was Served on U.S. Attorney's Office: 01/13/14**

      **C.      Date Answer and Administrative Record Were Filed:  03/12/14**

**4.      STATEMENT REGARDING THE ADEQUACY OF THE RECORD**

The parties state that the administrative record appears to be complete and accurate.

**5.      STATEMENT REGARDING ADDITIONAL EVIDENCE**

Neither party intends to submit additional evidence.

**6.      STATEMENT REGARDING WHETHER THIS CASE RAISES UNUSUAL CLAIMS OR DEFENSES**

Neither party contemplates unusual claims or defenses.

**7.      OTHER MATTERS**

The parties are not aware of any other matters at this time. The case <u>is not</u> on remand from a court decision.

**8.      BRIEFING SCHEDULE**

      **A.      Plaintiff's Opening Brief Due:  July 18, 2014**

      **B.      Defendant's Response Brief Due:    August 19, 2014**

      **C.      Plaintiff's Reply Brief (If Any) Due:  August 29, 2014**

**9.      STATEMENTS REGARDING ORAL ARGUMENT**

      **A.      Plaintiff's Statement**.

Plaintiff does not request oral argument.

      **B.      Defendant's Statement:**

Defendant does not request oral argument.

**10. CONSENT TO EXERCISE OF JURISDICTION BY MAGISTRATE JUDGE**

*Indicate below the parties' consent choice.*

A.    ( )   **All parties have consented to the exercise of jurisdiction of a United States Magistrate Judge.**

B.    (x)   **All parties have not consented to the exercise of jurisdiction of a United States Magistrate Judge.**

**11. AMENDMENTS TO JOINT CASE MANAGEMENT PLAN**

THE PARTIES FILING MOTIONS FOR EXTENSION OF TIME OR CONTINUANCES MUST COMPLY WITH D.C.COLO.LCivR 7.1(C) BY SUBMITTING PROOF THAT A COPY OF THE MOTION HAS BEEN SERVED UPON THE MOVING ATTORNEY'S CLIENT, ALL ATTORNEYS OF RECORD, AND ALL PRO SE PARTIES.

*The parties agree that the Joint Case Management Plan may be altered or amended only upon a showing of good cause.*

DATED this 10th day of July 2014.

BY THE COURT:

*s/John L. Kane*
U.S. DISTRICT COURT JUDGE

APPROVED:

John F. Walsh
United States Attorney

| | |
|---|---|
| s/ Tracy Stewart | By: s/ M. Thayne Warner |
| Tracy Stewart | M. Thayne Warner |
| Stewart Law Offices, P.C. | Special Assistant U.S. Attorney |
| 123 N. College Ave., Ste. 200 | 1961 Stout St., Suite 4169 |
| Fort Collins, CO 80524 | Denver CO 80294-4003 |
| 970-402-9584 | 303-844-7237 |
| 866-224-4944 (fax) | 303-844-0770 (fax) |
| tracy@stewart-law-offices.com | thayne.warner@ssa.gov |
| | |
| Attorney for Plaintiff | Attorneys for Defendant |