IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Case No. 13-cv-03146-KLM

JULIE A. CARL,

    Plaintiff,

v.

CAROLYN W. COLVIN, Acting Commissioner of Social Security,

    Defendant,

SSA NOTICING,

    Interested Party.

---

## FINAL JUDGMENT

Pursuant to and in accordance with Fed. R. Civ. P. 58(a) and the Order, filed on January 29, 2015, by the Honorable Kristen L. Mix, United States Magistrate Judge, and incorporated herein by reference as if fully set forth, it is

ORDERED that the decision of the Commissioner is AFFIRMED.  It is

FURTHER ORDERED that each party shall bear its own costs and attorney's fees.

DATED at Denver, Colorado this 30th day of January, 2015.

        FOR THE COURT:

        Jeffrey P. Colwell Clerk

        By s/ L. Galera
          Deputy Clerk